MEMO ENDORSED

Case 1:23-cv-00606-VEC   Document 12   Filed 06/08/23   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

K.C. CO., LTD.

                Defendant.

Docket No: 1:23-cv-606

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff ANDREW TORO, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

    Dated:    Queens, New York
                  June 7, 2023

                                            Respectfully submitted,

                                            /s/ *Mars Khaimov*

                                            Mars Khaimov, Esq.
                                            Mars Khaimov Law, PLLC
                                            10826 64th Avenue, Second Floor
                                            Forest Hills, New York 11375
                                            mars@khaimovlaw.com

Application DENIED. Because Plaintiff did not respond to the Court's order to show cause why this case should not be dismissed for lack of subject-matter jurisdiction, this case is hereby dismissed without prejudice.

The Clerk of Court is respectfully directed to terminate any open motions and to close the case.

SO ORDERED.

06/08/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE